**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   DWIGHT C RICE                                    Case No.: 08-00955
         MADELINE A NALLS

         Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/16/2008.

2) The case was confirmed on 03/13/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/14/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 02/06/2009.

6) Number of months from filing to the last payment:  12

7) Number of months case was pending:  17

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     906.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case may not have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 6,389.52 |
| Less amount refunded to debtor | $ 789.48 |
| **NET RECEIPTS** | $ 5,600.04 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,896.52 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 431.17 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,327.69 |
| Attorney fees paid and disclosed by debtor | $ 16.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SPRINT-NEXTEL CORP | UNSECURED | 222.00 | 128.02 | 128.02 | .00 | .00 |
| ASSET ACCEPTANCE COR | UNSECURED | 75.00 | 178.74 | 178.74 | .00 | .00 |
| ASSET ACCEPTANCE COR | UNSECURED | NA | 504.30 | 504.30 | .00 | .00 |
| ASSET ACCEPTANCE COR | UNSECURED | 114.00 | 114.74 | 114.74 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 522.00 | 504.88 | 504.88 | .00 | .00 |
| ASSET ACCEPTANCE COR | UNSECURED | 582.00 | 582.65 | 582.65 | .00 | .00 |
| ASSET ACCEPTANCE COR | UNSECURED | NA | 249.92 | 249.92 | .00 | .00 |
| AES/PHEAA | UNSECURED | NA | 50,388.72 | 50,388.72 | .00 | .00 |
| ASSET ACCEPTANCE COR | UNSECURED | 556.00 | 556.24 | 556.24 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,566.00 | 1,579.52 | 1,579.52 | .00 | .00 |
| ADVOCATE HEALTH CARE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 529.00 | 454.84 | 454.84 | .00 | .00 |
| ATG CREDIT LLC | UNSECURED | 598.00 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 358.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 117.00 | NA | NA | .00 | .00 |
| COOK COUNTY STATES A | UNSECURED | 583.00 | NA | NA | .00 | .00 |
| DRIVE FINANCIAL SERV | UNSECURED | 10,792.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 407.00 | 407.70 | 407.70 | .00 | .00 |
| ERS | UNSECURED | 407.00 | NA | NA | .00 | .00 |
| GUARANTY BANK | UNSECURED | 527.00 | 597.60 | 597.60 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 416.00 | NA | NA | .00 | .00 |
| HELLER & FRISONE~ | UNSECURED | 416.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LOYOLA UNIVERSITY HE | UNSECURED | 2,876.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 258.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 79.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 583.00 | NA | NA | .00 | .00 |
| LITTLE COMPANY OF MA | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING CO | UNSECURED | 598.00 | NA | NA | .00 | .00 |
| REVENUE PRODUCTION M | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| RGS COLLECTIONS INC | UNSECURED | 597.00 | NA | NA | .00 | .00 |
| RJM ACQUISITIONS | UNSECURED | 227.00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 363.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 112.00 | NA | NA | .00 | .00 |
| THE PAYDAY LOAN STOR | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| TRU COM | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 67.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1,848.00 | 5,831.24 | 5,831.24 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1,058.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 935.00 | NA | NA | .00 | .00 |
| XLS GRADUATE LEVERAG | UNSECURED | 26,607.00 | NA | NA | .00 | .00 |
| XLS GRADUATE LEVERAG | UNSECURED | 23,526.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 826.00 | NA | NA | .00 | .00 |
| TOYOTA MOTOR CREDIT | SECURED | 15,000.00 | 17,213.31 | 16,406.00 | 2,055.93 | 1,216.42 |
| TOYOTA MOTOR CREDIT | UNSECURED | 1,406.00 | .00 | 807.31 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 454.84 | 454.84 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 16,406.00 | 2,055.93 | 1,216.42 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 16,406.00 | 2,055.93 | 1,216.42 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 63,341.26 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,327.69 |
| Disbursements to Creditors | $ | 3,272.35 |
| **TOTAL DISBURSEMENTS:** | $ | 5,600.04 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:    06/25/2009                     /s/ Tom Vaughn
                                         Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**